UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JDJ & ASSOCIATES LLP, *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>NATIXIS, *et al.*,<br><br>                    Defendants. | Civil Action No.: 1:15-cv-05427-PKC<br><br>**ECF Case**<br><br>**DISCLOSURE STATEMENT**<br>**PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Natixis S.A. (sued as "Natixis" and "Natixis Corporate & Investment Bank"), Natixis Financial Products LLC (sued as "Natixis Financial Products, Inc."), Natixis Real Estate Holdings LLC (sued as "Natixis Real Estate Holdings LLC" and "IXIS Real Estate Capital Inc."), and Natixis Securities Americas LLC (sued as "IXIS Securities North America Inc."), by and through undersigned counsel, submit this Corporate Disclosure Statement.

Defendant **Natixis S.A.** is publicly traded on the Euronext exchange and is 71% owned by Groupe BPCE. No other publicly held corporation owns 10% or more of Natixis S.A.'s stock.

Defendants **Natixis Financial Products LLC, Natixis Real Estate Holdings LLC** and **Natixis Securities Americas LLC** are each wholly-owned subsidiaries of Natixis North America LLC, which in turn is an indirectly wholly-owned subsidiary of Natixis S.A.
`

Dated:     August 22, 2016
               New York, New York

                                        Respectfully submitted,

                                        BINDER & SCHWARTZ LLP

By: /s/ Wendy H. Schwartz
Wendy H. Schwartz (WS-1862)
Binder & Schwartz LLP
366 Madison Avenue, 6th Floor
New York, NY 10017
Telephone:   212-510-7143
Facsimile:    212-510-7299
wschwartz@binderschwartz.com

*Attorneys for Defendants Natixis S.A., Natixis Financial Products LLC, Natixis Real Estate Holdings LLC, and Natixis Securities Americas LLC*